IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ECR PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-cv-760-MEF-SRW |
| ) | |
| CAMDEN COUNTY ) | |
| DEVELOPMENT, LLC, BOND ) | |
| SAFEGUARD INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S JURY DEMAND**

Comes now the Plaintiff in the above styled cause and pursuant to Rule 38 of the Federal Rules of Civil Procedure demands trial upon its Complaint by struck jury.

Respectfully submitted this 10th day of September, 2012.

/s/ *Chan Gamble*
Chan Gamble (GAM020)
James R. McKoon, Jr. (MCK029)
Post Office Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300
chan@mckoonandgamble.com
Attorneys for the Plaintiff

OF COUNSEL:
McKoon and Gamble
Post Office Box 3220
Phenix City, Alabama 36868
Phone: (334) 297-2300
Fax: (334) 297-2777

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served the above and foregoing upon the following attorneys by filing this document and its attachments through the Court's CM/ECF electronic filing system or by placing a true copy of same in the United States Mail postage prepaid addressed to the attorneys of record as follows:

Leonard N. Math, Esq.
Katherine E. Luders, Esq.
CHAMBLESS, MATH & CARR, P.C.
Post Office Box 230759
Montgomery, Alabama 36123-0759


   This 10th day of September, 2012.

               */s/Chan Gamble*
               OF COUNSEL