IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ECR PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:12-cv-760-MEF |
| | ) | (WO – Do Not Publish) |
| CAMDEN COUNTY DEVELOPMENT, | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Defendants' Motion to Enlarge Time (Doc. #22) and Plaintiff's Objection (Doc. #23). In their motion, Defendants request that the Court enlarge the time for filing evidentiary submissions in support of their Brief in Opposition to ECR Properties, LLC's Motion for Judgment (Doc. #21), which was filed on March 29, 2013. For good cause shown, it is hereby ORDERED as follows:

(1) Defendants' Motion (Doc. #22) is GRANTED and Plaintiff's Objection (Doc. #23) is OVERRULED.

(2) Defendants shall file the executed affidavit of Jeremy Sentman as a supplement to their evidentiary submission on or before **April 5, 2013**.

(3) Plaintiff may file a reply brief on or before **April 12, 2013**.

DONE this the 1st day of April, 2013.

                                                        /s/ Mark E. Fuller
                                       UNITED STATES DISTRICT JUDGE